The First National Bank of Chicago, appellant, v. John Kostakis et al., defendants. James N. Nichols, appellee. Gen. No. 38,874.

Opinion filed December 30, 1936.
Tatge & Tatge, for appellants; Robert F. Kolb, of counsel. McInerney & Power, for appellee.
Mr. Justice Friend delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Peter J. Allegretti, plaintiff in error. Gen. No. 38,929.

Opinion filed December 30, 1936.
Samuels, Greenberg, Wolfe & Solomon, for plaintiff in error. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Richard H. Devine and Melvin S. Rembe, Assistant State's Attorneys, of counsel.
Mr. Justice Friend delivered the opinion of the court.

Sadie Benik, appellant, v. Walter Benik and Mary Benik, appellees. Gen. No. 39,119.

Opinion filed December 30, 1936. Rehearing denied January 12, 1937.
Alec W. Glaskay, for appellant. Milton J. Sabath, for appellees; S. Jerome Johnson, of counsel.
Mr. Justice Friend delivered the opinion of the court.

Charles Kaleta, appellee, v. Archer Coal and Material Company, appellant. Gen. No. 39,144.

Opinion filed December 30, 1936.
Carl F. Obrzut, for appellant; Julius H. Selinger, of counsel. Thomas E. Kluczynski, for appellee.
Mr. Justice Friend delivered the opinion of the court.